1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MIGUEL ANGEL HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S-05-0403 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| MIGUEL ANGEL HERNANDEZ, | ) |
|  | ) Date: November 15, 2005 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Miguel Angel Hernandez, that the dates presently scheduled for trial confirmation hearing and jury trial (November 15 and 30, 2005) may be vacated and a status conference scheduled for January 10, 2006, at 8:30 a.m.

   The parties have reached an agreement regarding resolution of this illegal reentry case but counsel for Mr. Hernandez believes that grounds may exist to challenge one of Mr. Hernandez's prior felony convictions in the court where it was imposed.  Because the outcome of that challenge may affect the fast-track sentence, Mr. Hernandez seeks additional time to research and settle that matter before entering a new plea.  So that this may be done, the parties agree that

1  the ends of justice to be served by a continuance outweigh the best interests
2  of the public and the defendant in a speedy trial and that time under the Speedy
3  Trial Act may be excluded from the date of this order through January 10, 2006,
4  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: November 14, 2005          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for MIGUEL HERNANDEZ


                                  McGREGOR SCOTT
                                  United States Attorney


Dated: November 14, 2005          /s/ T. Zindel for M. Beckwith
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 10, 2006, at 8:30 a.m., and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE