QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIGUEL ANGEL HERNANDEZ



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-cr-0403 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| MIGUEL ANGEL HERNANDEZ, | ) | |
| | ) | Date:   January 10, 2005 |
| Defendant. | ) | Time:   8:30 a.m. |
| | ) | Judge:  Hon. Morrison C. England |
| _____ | ) | |


     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Miguel Angel Hernandez, that the status conference scheduled for January 10, 2006, may be continued to January 24, 2006, at 8:30 a.m.

     Defense counsel seeks additional time to complete research concerning a motion in state court to vacate at least one prior conviction that may bear on the sentence in this case. (Assuming the motion is viable, additional time will be needed to file and litigate it.) So that this may be done, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under

the Speedy Trial Act may be excluded from the date of this order through January

10, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated: January 9, 2006                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIGUEL HERNANDEZ


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: January 9, 2006                  /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney



                              **O R D E R**

     The status conference is continued to January 24, 2006, at 8:30 a.m., and

time under the Speedy Trial Act is excluded through that date for the reasons

set forth above and by agreement of the parties.

     IT IS SO ORDERED.


Dated: January 10, 2006




                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE