1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIGUEL ANGEL HERNANDEZ
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  NO. 2:05-cr-0403 MCE
                                  )
13             Plaintiff,         )
                                  )  **STIPULATION AND ORDER**
14      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )
15 MIGUEL ANGEL HERNANDEZ,        )
                                  )  Date:  January 24, 2005
16             Defendant.         )  Time:  8:30 a.m.
                                  )  Judge: Hon. Morrison C. England
17 _____)

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

20 America, and defendant, Miguel Angel Hernandez, that the status conference

21 scheduled for January 24, 2006, may be continued to February 7, 2006, at 8:30

22 a.m.

23     Defense counsel has asked the government to consider mitigating information

24 about the circumstances of the case.  Counsel hopes the information will

25 favorably affect the outcome of negotiations.  So that both counsel may have

26 time to act, the parties agree that the ends of justice to be served by a

27 continuance outweigh the best interests of the public and the defendant in a

28 speedy trial and that time under the Speedy Trial Act may be excluded from the

1  date of this order through February 7, 2006, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv)(Local Code T4).
3                                          Respectfully submitted,
4                                          DENNIS S. WAKS
                                           Acting Federal Defender
5
6  Dated: January 23, 2006                 /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for MIGUEL HERNANDEZ
8
9                                          McGREGOR SCOTT
                                           United States Attorney
10
11 Dated: January 23, 2006                 /s/ T. Zindel for M. Beckwith
                                           MICHAEL BECKWITH
12                                         Assistant U.S. Attorney
13
14                              **O R D E R**
15      The status conference is continued to February 7, 2006, at 8:30 a.m., and
16 time under the Speedy Trial Act is excluded through that date for the reasons
17 set forth above and by agreement of the parties.
18      IT IS SO ORDERED.
19 Dated: January 25, 2006
20
21
22  _____
    MORRISON C. ENGLAND, JR.
23  UNITED STATES DISTRICT JUDGE
24
25
26
27
28

2